Argued June 22, affirmed June 22, petition for review
denied September 28, 1971

## STATE OF OREGON, *Respondent, v.*
## ERNEST JERONE HOOKS, *Appellant.*

485 P2d 1251

*Jack E. Collier,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.